August 27, 2004

Mr. P. Michael Jung
Strasburger & Price, L.L.P.
901 Main Street, Suite 4300
Dallas, TX 75202-3794

Mr. Grant Kaiser
The Kaiser Firm, L.L.P.
440 Louisiana Street, Suite 1818
Houston, TX 77002-1634
Mr. Donald G. Wilhelm
Wilhelm Law Firm
440 Louisiana, Suite 1818
Houston, TX 77002-1638

RE: Case Number: 01-0030
 Court of Appeals Number: 14-98-00775-CV
 Trial Court Number: 94-038828

Style: NISSAN MOTOR COMPANY LTD. A/K/A NISSAN MOTOR COMPANY AND NISSAN
 MOTOR CORPORATION IN U.S.A.
 v.
 MARIAN ARMSTRONG

Dear Counsel:

 Today the Supreme Court of Texas denied the motion to take judicial
notice and delivered the enclosed opinions and judgment in the above-
referenced cause. (Justice Schneider not sitting)
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Mr. Charles |
| |Bacarisse |
| |Mr. Ed Wells |
| |Mr. Craig A. |
| |Morgan |
| |Mr. Joe R. |
| |Greenhill |